# FRANK XU LLP

305 Broadway 7th Floor
New York, New York 10007
Tel: 212/897-5866 Fax: 212/901-0499
http://frankxulaw.com

Re: MANUEL AREBALO AND LIHUA AREBALO

Dear Sir/Madam:

Please take notice that my office is retained by Lihua and Manuel AREBALO for matters in connection with voluntary joint chapter 13 bankruptcy application under 11 U.S.C. § 302(a).

Enclosed please find the following:
1.  A bank check for filing and administrative fees in the amount of $274;
2.  Debtor's voluntary petition, official form 1;
3.  Statement of social security number, official form 21;
4.  Statement of Compliance with credit counseling requirement, Exhibit D to official form 1,
5.  Certificates of credit counseling;
6.  Statement of current monthly income, official form 22C;
7.  Schedule of assets and liabilities, and executory contracts, official form 6;
8.  Statement of financial affairs, official form 7;
9.  Copies of form W-2 as evidence of payment from employers;
10. A copy of tax return for year 2008;
11. Disclosure of compensation of attorney for debtor, form B 203.

This voluntary petition marks the commencement of the case and automatic stay. As debtor's attorney, I will submit a plan within time limitation allowed under applicable bankruptcy procedural law. Fed.R.Bankr.P. 3015.

Dated: NEW YORK NEW YORK
MAY 1, 2009

Best regards,

*Frank Xu*
Frank Xu, Esq