UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
In Re:

Lihua Arebalo and Manuel Arebalo

               Debtors

-------------------------------------------------------X

Case No. 9-74046
Chapter 13

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

       The undersigned attorney for the debtors hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his knowledge.

Dated: June 3, 2009
New York, New York

                                                                                          Frank Xu Esq.
                                                                                       Attorney for Debtor

# CREDITOR MATRIX/LIST OF CREDITORS

American Express
PO Box 981537
EL Paso TX 79998


Bank of America
4060 Ogletown Stanton RD
Newark DE 19713


Chase Bank
800 Brooksedge Blvd
Columbus OH 43081


Chase Home Finance LLC
PO Box 260161
Baton Rouge LA 70826


Citi Cards Cbscna
PO Box 6500 C/O Citi Corp
Sioux Falls SD 57117


Citi Bank USA
NA Home Dept Pencader Corp
Ctr 110 Lake Dr
Neward DE 19702


Discover Card
12 Reads Way
New Castle DE 19720


HSBC Direct Merchants Bank
PO Box 29468
Phoenix AZ 85040


Helms Bros Inc.
208-24 Northern Blvd
Bayside NY 11361



Macy's/DSNB

```
9111 Duke Blvd
Mason OH 45040


Orchard Bank
PO Box 15153
Wilmington DE 19886


Sers Cbusasears Citi Cards
8725 W Sahara Ave
The Lakes NV 89163


Sleepy's/Gemb
PO Box 981439
EL Paso TX 79998


Target National Bank
PO Box 673
Minneapolis MN 55440


Universal Card/Cbsdna
8787 Baypine Rd
Jacksonville FL 32256


Washington Mutual
PO Box 44090
Jacksonville FL 32231
```