# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: ahoward | Date Created: 6/4/2009 |
| Case: 8–09–74046–reg | Form ID: 271 | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Lihua Arebalo   36 Ellard Avenue   Great Neck, NY 11024
jdb   Manuel Arebalo   36 Ellard Avenue   Great Neck, NY 11024
tr   Michael J. Macco   135 Pinelawn Road   Suite 120 South   Melville, NY 11747
aty   Frank Xu   Frank XU, LLP   305 Broadway   7th Floor   New York, NY 10007
smg   Diana Adams   Office of the United States Trustee   Long Island Federal Courthouse   560 Federal Plaza – Room 560   Central Islip, NY 11722–4437

TOTAL: 5