EXHIBIT C

# Uniform Residential Appraisal Report
File # K09-003

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT
- Property Address: 36 ELLARD AVENUE   City: GREAT NECK   State: NY   Zip Code: 11024
- Borrower: MENUEL & LI HUA AREBALO   Owner of Public Record: MENUEL & LI HUA AREBALO   County: NASSAU
- Legal Description: SECTION: 1  BLOCK: 182  LOT: 71
- Assessor's Parcel #: SAME AS LEGAL DESCRIPTION   Tax Year: 08/09   R.E. Taxes $: 8,080
- Neighborhood Name: GREAT NECK   Map Reference: HAG 33-J-30   Census Tract: 0291.04
- Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant   Special Assessments $: N/A   ☐ PUD   HOA $ N/A  ☐ per year  ☐ per month
- Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)
- Assignment Type: ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe) FAIR MARKET VALUE
- Lender/Client: AREBALO   Address: 36 ELLARD AVENUE, GREAT NECK, NY 11024
- Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
- Report data source(s) used, offering price(s), and date(s): LOCAL BROKER/MLS

## CONTRACT
I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. FAIR MARKET VALUE

- Contract Price $: N/A   Date of Contract: Insp 07/15/09   Is the property seller the owner of public record? ☒ Yes ☐ No   Data Source(s): PROPERTY SHARK/ASS
- Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
- If Yes, report the total dollar amount and describe the items to be paid. N/A

## NEIGHBORHOOD
Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| Location: ☒ Urban ☐ Suburban ☐ Rural | Property Values: ☐ Increasing ☐ Stable ☒ Declining | PRICE $(000) | AGE (yrs) | One-Unit | 40% |
| Built-Up: ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply | 350 Low | 15 | 2-4 Unit | 35% |
| Growth: ☐ Rapid ☒ Stable ☐ Slow | Marketing Time: ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 550 High | 85 | Multi-Family | 15% |
| Neighborhood Boundaries: SEE ATTACHED ADDENDA. | | 450 Pred. | 65 | Commercial | 8% |
| | | | | Other | 2% |

Neighborhood Description: GREAT NECK HAS ADEQUATE ACCESS TO HOSPITALS, MAJOR EMPLOYMENT CENTERS, SCHOOLS, ENTERTAINMENT, SHOPPING, HOUSES OF WORSHIP, MAJOR ROADWAYS, AND PUBLIC TRANSPORTATION.

Market Conditions (including support for the above conclusions): SEE ATTACHED ADDENDA

## SITE
- Dimensions: 42 X 96 SQ.FT(SUBJECT TO SURVEY)   Area: 4,032 Sq.Ft.   Shape: REGULAR   View: RESIDENTIAL
- Specific Zoning Classification: —   Zoning Description: RESIDENTIAL
- Zoning Compliance: ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)
- Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | 100AMPS/CB | Water | ☒ | | Street ASPHALT | ☒ | ☐ |
| Gas | ☒ | NATIONAL GRID | Sanitary Sewer | ☒ | | Alley N/A | ☐ | ☐ |

- FEMA Special Flood Hazard Area: ☐ Yes ☒ No   FEMA Flood Zone: —   FEMA Map #: —   FEMA Map Date: —
- Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
- Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
  THERE ARE NO APPARENT ADVERSE EASEMENTS OR ENCROACHMENTS, OR SPECIAL ASSESSMENTS, OR ANY OTHER KNOWN FACTORS WHICH WOULD AFFECT THE MARKETABILITY OF THE SUBJECT COOPERATIVE.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description / materials/condition | Interior / materials/condition |
|---|---|---|---|
| Units: ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab  ☐ Crawl Space | Foundation Walls: CONCRETE/AVG | Floors: HW/AVG |
| # of Stories: 2 | ☒ Full Basement  ☐ Partial Basement | Exterior Walls: FRAME/AVG | Walls: WB/CONC./AVG |
| Type: ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area: 660 sq.ft. | Roof Surface: COMPOSITE/AVG | Trim/Finish: WOOD/AVG |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish: UNFINISHED % | Gutters & Downspouts: ALUMINUM/AVG | Bath Floor: CERAMIC/AVG |
| Design (Style): COL/DET/AVG | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type: REPLACEMT | Bath Wainscot: C-TILE/AVG |
| Year Built: 1930+/- | Evidence of: ☐ Infestation | Storm Sash/Insulated: NOTED | Car Storage: ☐ None |
| Effective Age (Yrs): 3-4 YRS | ☐ Dampness ☐ Settlement | Screens: SCREEN/AVG | ☐ Driveway  # of Cars |
| Attic: ☐ None | Heating: ☐ FWA ☒ HWBB ☐ Radiant | Amenities: ☐ Woodstove(s) # | Driveway Surface |
| ☐ Drop Stair ☒ Stairs | ☐ Other  Fuel: GAS | ☐ Fireplace(s) #  ☐ Fence | ☒ Garage  # of Cars: 1 |
| ☒ Floor ☐ Scuttle | Cooling: ☐ Central Air Conditioning | ☒ Patio/Deck  ☐ Porch | ☐ Carport  # of Cars |
| ☒ Finished ☐ Heated | ☒ Individual ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☒ Det. ☐ Built-in |

- Appliances: ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
- Finished area **above** grade contains: 6 Rooms   3 Bedrooms   1 Bath(s)   1,480 Square Feet of Gross Living Area Above Grade
- Additional features (special energy efficient items, etc.): INSULATED WINDOWS. SEMI-MODERN KITCHEN AND BATHROOMS.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.): THE SUBJECT IS A DETACHED, SINGLE FAMILY DWELLING, FRAME CONSTRUCTED, WITH UNFINISHED BASEMENT, NO MAJOR REPAIR NEEDED AT THE TIME OF INSPECTION.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

## Uniform Residential Appraisal Report

File # K09-003

There are 10 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 400,000 to $ 550,000 .
There are 10 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 350,000 to $ 500,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 36 ELLARD AVENUE GREAT NECK, NY 11024 | 1 CORNELIA AVENUE GREAT NECK, NY 11024 | | 872 MIDDLE NECK ROAD GREAT NECK, NY 11024 | | 256 STEAMBOAT ROAD GREAT NECK, NY 11024 | |
| Proximity to Subject | | 0.63 miles W | | 0.25 miles NW | | 0.88 miles W | |
| Sale Price | $ N/A | $ 539,000 | | $ 500,000 | | $ 480,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 419.46 sq.ft. | | $ 371.20 sq.ft. | | $ 381.86 sq.ft. | |
| Data Source(s) | | P.SHARK/MLS#2201163 | | P.SHARK/MLS#2017440 | | GEODATA/MLS#2108388 | |
| Verification Source(s) | | EXTERIOR INSPECTION. | | EXTERIOR INSPECTION. | | EXTERIOR INSPECTION. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | N/A N/A | | N/A N/A | | N/A N/A | |
| Date of Sale/Time | | ACTIVE LISTING | -80,850 | 10/24/2008 | -25,000 | 5/19/2009 | |
| Location | QUIET STREET | QUIET STREET | | QUIET STREET | | QUIET STREET | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 4,032 Sq.Ft. | 3000 SQ.FT | +5,160 | 6800 SQ.FT | -13,840 | 11300 SQ.FT. | -36,340 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | COL/DET/AVG | COL/DET/AVG | | COL/DET/AVG | | COL/DET/AVG | |
| Quality of Construction | FRAME/AVG | FRAME/AVG | | FRAME/AVG | | FRAME/AVG | |
| Actual Age | 1930+/- | 1928+/- | | 1947+/- | | 1953+/- | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 1 | Total 8 / Bdrms 4 / Baths 3.5 | | Total 8 / Bdrms 4 / Baths 2.5 | | Total 10 / Bdrms 5 / Baths 3 | |
| Gross Living Area | 1,480 sq.ft. | 1,285 sq.ft. | +9,750 | 1,347 sq.ft. | +6,650 | 1,257 sq.ft. | +11,150 |
| Basement & Finished Rooms Below Grade | 660 Sq.Ft. UNFINISHED | FULL UNFINISHED | | FULL UNFINISHED | | FULL UNFINISHED | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | HWBB/UNIT | HWBB/UNIT | | HWBB/UNIT | | HWBB/CAC | |
| Energy Efficient Items | INSUL.WDS | INSUL.WDS | | INSUL.WDS | | INSUL.WDS | |
| Garage/Carport | GARAGE | GARAGE | | GARAGE | | GARAGE | |
| Porch/Patio/Deck | PATIO | PATIO | | PATIO | | PATIO | |
| Net Adjustment (Total) | | ☐ + ☒ − | $ -65,940 | ☐ + ☒ − | $ -32,190 | ☐ + ☒ − | $ -25,190 |
| Adjusted Sale Price of Comparables | | Net Adj. 12.2 % Gross Adj. 17.8 % | $ 473,060 | Net Adj. 6.4 % Gross Adj. 9.1 % | $ 467,810 | Net Adj. 5.2 % Gross Adj. 9.9 % | $ 454,810 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  GEO DATA/ASS'T RECORD
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  GEO DATA/ASS'T RECORD
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | $0 | $0 | $0 | $0 |
| Data Source(s) | GEO DATA/ASS'T RECORD | GEO DATA/ASS'T RECORD | GEO DATA/ASS'T RECORD | GEO DATA/ASS'T RECORD |
| Effective Date of Data Source(s) | 07/15/2009 | 07/15/2009 | 07/15/2009 | 07/15/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SEE SALE HISTORY FOR SUBJECT AND ALL COMPARABLES.

Summary of Sales Comparison Approach   SEE ATTACHED ADDENDA.

Indicated Value by Sales Comparison Approach $ 450,000
Indicated Value by: Sales Comparison Approach $ 450,000   Cost Approach (if developed) $ 453,762   Income Approach (if developed) $ N/A

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  SEE ATTACHED ADDENDA

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 450,000 , as of 07/15/2009 , which is the date of inspection and the effective date of this appraisal.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 36 ELLARD AVENUE, GREAT NECK, NY 11024

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: ALEX S.F. SIU | Name: |
| Date Signed: July 15, 2009 | Date Signed: |
| State Certification #: 45-48437 | State Certification #: |
| or State License #: | or State License #: |
| State: NY | State: |
| Expiration Date of Certification or License: 10/21/2009 | Expiration Date of Certification or License: |
| | ☐ Did  ☐ Did Not Inspect Property |

# NASSAU COUNTY DEPARTMENT OF ASSESSMENT

240 Old Country Road, Mineola, New York  11501  (516) 571-1500

AREBALO MANUEL & LUI HUA
36 ELLARD AVE
GREAT NECK, NY 11024-2037

Section-Block-Lot
01182 00710

Tax Class:  1

## NOTICE OF TENTATIVE ASSESSED VALUE FOR 2011/2012

|  | Valuation Date 1/4/2010 | Valuation Date 1/2/2009 | Change from 1/2/2009 |
|---|---|---|---|
| Full Market Value* | $461,700 | $532,100 | -$70,400 |
| Level of Assessment* | .25% | .25% |  |
| Tentative Assessed Value* | 1,154 | 1,330 | -176 |

*Your Tentative Assessed Value will be reduced by any exemption amount (such as STAR) you may qualify for.*

* **Full Market Value:** This is the estimate of the market value of your property as of January 4, 2010.

* **Level of Assessment:** In Nassau County, this is the percentage of full market value at which properties are assessed.

* **Tentative Assessed Value:** Your property's Full Market Value multiplied by the Level of Assessment (.25%) equals your Tentative Assessed Value. *(Example: A Full Market Value of $400,000 X (.25%) = 1,000 in Tentative Assessed Value)*



Nassau County Assessment Calendar