UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x  Returnable Feb. 8, 2010
In re                                                  tmm1634       Chapter 13

LIHUA AND MANUEL AREBALO                               09-74046-reg

                                      Debtor.      **AFFIDAVIT IN OPPOSITION**
----------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

      MICHAEL J. MACCO, being duly sworn, deposes and says:

      1. I am the Standing Chapter 13 Trustee in the above referenced case and as such am fully and completely familiar with the facts and circumstances involved herein.

      2. I submit this Affidavit in opposition to the Notice of Motion for attorney compensation and mortgage lien avoidance.

      3. I am thoroughly confused by the motion which does not outline how much money the debtors' counsel is presently seeking. The standard fee for a simple Chapter 13 in this District varies between $2,000.00 and $5,000.00.

      4. Nothing in this case was complex. Virtually all the additional work that the Trustee spent with the debtor was caused by the debtors' counsel's complete lack of understanding of how Chapter 13 matters work.

      5. In addition, the debtor is seeking to make a motion to expunge a secured second mortgage.

      6. It is the Trustee's belief that expungement of a mortgage can only be done via an adversary proceeding. The debtors' motion failed to serve a corporate officer of the bank and is therefore improperly served.

WHEREFORE, it is respectfully requested that the motion for additional compensation and mortgage lien avoidance be denied.

*s/Michael J. Macco*
MICHAEL J. MACCO

Sworn to before me this
27th day of January, 2010.
*s/Lynn Smiarowski*
Notary Public
*Lynn Smiarowski*
*Notary Public, State of New York*
*No.01SM4655592*
*Qualified in Suffolk County*
*Commission Expires February 28, 2010*

STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

     Lynn Smiarowski, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Huntington, New York.
     On January 27, 2010 deponent served the within:
AFFIDAVIT IN OPPOSITION
upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Office U.S. Trustee*
*Long Island Federal Courthouse*
*560 Federal Plaza*
*Central Islip, NY  11722*

*Frank Xu, Esq.*
*305 Broadway 7th Floor*
*New York, NY  10007*

*Lihua & Manuel Arebalo*
*36 Ellard Avenue*
*Great Neck, NY  11024*

                               *s/Lynn Smiarowski*
                                Lynn Smiarowski

Sworn to before me this
27th day of January, 2010
*s/Jeanette Hodgins*
Notary Public
*Jeanette Hodgins*
*Notary Public, State of New York*
*No. O1HO6071591*
*Qualified in Suffolk County*
*Commission Expires March 18, 2010*