UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

       Lihua Arebalo                               Case No. 8-09-74046-reg
          and
       Manuel Arebalo,

                                               Chapter 13

                            Debtors.
------------------------------------------------------------X

## ORDER AWARDING ATTORNEY'S FEES AND DIRECTING TURNOVER OF EXCESSIVE FEES TO THE CHAPTER 13 TRUSTEE

**WHEREAS,** Frank Xu, Esq., attorney for the Debtors ("Counsel") having made an application to this Court dated January 15, 2010 under 11 U.S.C. §329 and §330 (the "Bankruptcy Code") and Rules 2016 and 2017 of the Federal Rules of Bankruptcy Procedure ("Rules") seeking entry of an order determining the reasonableness of the fees paid to Counsel(the "Motion"); and

**WHEREAS,** a hearing having been held on March 11, 2010; and

**WHEREAS,** Counsel having appeared in support of the Motion; and

**WHEREAS,** Counsel disclosed in the Motion and in oral argument that he received from the Debtors, for legal services rendered in this case, the sum of $19,706.48, including compensation of $19,296.55 and reimbursement of expenses in the amount of $409.63; and

**WHEREAS,** Michael J. Macco, Esq., the chapter 13 trustee (the "Trustee") having filed papers and appeared in opposition to the Motion; and

**WHEREAS**, the United States Trustee, by Alfred M. Dimino, Esq., Trial Attorney, having appeared on the Motion; and

**WHEREAS**, the Court having found that notice was sufficient and after hearing oral argument and after due deliberation and for good cause shown; it is hereby

**ORDERED**, that Counsel is awarded legal fees for services rendered in this case of $4,000 and reimbursement of the filing fee of $274 (the "Award"); and it is further

**ORDERED**, that within ten days of the date of this Order, Counsel is directed to disgorge, to the Trustee, $15,432.48 which represents all fees and reimbursement of expenses received by Counsel for services rendered in this bankruptcy case in excess of the Award.



Dated: Central Islip, New York  
       March 19, 2010

Robert E. Grossman  
United States Bankruptcy Judge